E. BRYAN WILSON
Acting United States Attorney

RYAN D. TANSEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Ryan.Tansey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GUY CHRISTOPHER MANNINO, ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. 4:14-cr-00026-RRB |

### RESPONSE TO MOTION FOR CLARIFICATION AND REQUEST FOR LEAVE OF COURT

The United States of America respectfully files this response to the Court's order denying defendant's motion for clarification at Docket 227. Unless the Court has specific concerns, it would like the government to address in a supplemental filing, the Government believes its previously filed responses to Defendant's initial Motion to Vacate (Dkts. 159,

173), and Supplemental Motion to Vacate (Dkt 223), are sufficient for the Court to dispose of all parts of Defendant's 2255 petition.

RESPECTFULLY SUBMITTED this 15th day of November, 2021, in Fairbanks, Alaska.

E. BRYAN WILSON
Acting United States Attorney

*/s/ Ryan D. Tansey*
RYAN D. TANSEY
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2021,
a true and correct copy of the foregoing
was served electronically on all counsel of record

s/ Ryan Tansey
Office of the U.S. Attorney